# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **RONNIE DUCOTE AND TINA DUCOTE** | **CIVIL ACTION NO. 18-0582** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOUISIANA SOUTHERN RAILROAD, L.L.C., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT OF REMAND

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned cause is hereby remanded to the 2nd Judicial District Court for the Parish of Jackson, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the 2nd Judicial District Court for the Parish of Jackson, State of Louisiana.

MONROE, LOUISIANA, this 14th day of November, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE